634

452 A.2d 1104

Commonwealth v. Scadden, Appellant.

Submitted June 22, 1981. Douglas W. Herman, Assistant Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence is affirmed.

455 A.2d 727

Commonwealth v. Shatley, Appellant.

Reargument Denied Feb. 11, 1983.

Petition for Allowance of Appeal Denied May 18, 1983.

Submitted September 11, 1980. Janet W. Mason, Assistant Public Defender, for appellant; William H. Lamb, District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.